# Exhibit 2

Charted Claim:

Method Claim: 1

| US8699395B2 | Turbo EPON Wireless Gateway HPS11-2GE ("Accused Product") |
|---|---|
| 1. A method of forwarding a stream of multicast messages through a network by transmitting a stream of multicast messages from a multicast router to a multicast subscriber device and a further multicast subscriber device, the method comprising: | The accused product practices a method of forwarding a stream of multicast messages (e.g., MU-MIMO PPDUs) through a network (e.g., wireless network) by transmitting a stream of multicast messages (e.g., MU-MIMO PPDUs) from a multicast router (e.g., the accused product) to a multicast subscriber device (e.g., a 802.11ax compliant user device) and a further multicast subscriber device (e.g., another 802.11ax compliant device).<br><br>As shown below, the accused product is mandated to transmit MU-MIMO PPDUs (multi-user MIMO protocol packet data units). |



https://www.humax-networks.com/_files/board/
20250124/013bcd68fd66ca1b137e50758ddab0cc.pdf



https://www.humax-networks.com/_files/board/
20250124/013bcd68fd66ca1b137e50758ddab0cc.pdf



https://www.humax-networks.com/_files/board/
20250124/013bcd68fd66ca1b137e50758ddab0cc.pdf

| | |
|---|---|
| | An HE AP shall support the following features:<br>— Transmission of an HE MU PPDU where none of the RUs utilize MU-MIMO (DL OFDMA).<br>— Reception of an HE TB PPDU where none of the RUs utilize MU-MIMO (UL OFDMA).<br>— Transmission of an HE MU PPDU consisting of a single RU spanning the entire PPDU bandwidth and utilizing MU-MIMO (DL MU-MIMO), provided the AP is capable of transmitting 4 or more spatial streams.<br>— Transmission of the HE-SIG-B field in an HE MU PPDU at HE-MCSs 0 to 5.<br>— Single spatial stream HE-MCSs 0 to 7 in all supported channel widths and RU sizes for HE MU PPDUs (transmit) or HE TB PPDUs (receive).<br>— 40 MHz and 80 MHz channel widths and all RU sizes and locations applicable to the 40 MHz and 80 MHz channel width in 5 GHz and 6 GHz bands (transmit and receive).<br>— HE MU PPDUs with a 2x HE-LTF and 0.8 μs GI duration on the HE-LTF and Data field OFDM symbols (transmit).<br>— HE MU PPDUs with a 2x HE-LTF and 1.6 μs GI duration on the HE-LTF and Data field OFDM symbols (transmit).<br>— Reception of an HE TB PPDU with a 2x HE-LTF and 1.6 μs GI duration on the HE-LTF and Data field OFDM symbols.<br>— Reception of an HE TB PPDU with a 4x HE-LTF and 3.2 μs GI duration on the HE-LTF and Data field OFDM symbols.<br>— Transmission of an HE MU PPDU with a 4x HE-LTF and 3.2 μs GI duration on the HE-LTF and Data field OFDM symbols.<br>— Transmission of an HE MU PPDU with a 4x HE-LTF and 0.8 μs GI duration on the HE-LTF and Data field OFDM symbols if the HE AP supports HE ER SU PPDUs with the same HE-LTF and GI combinations.<br>— All RU sizes and locations applicable to 40 MHz channel width in the 2.4 GHz band if 40 MHz channel width is supported in the 2.4 GHz band (transmit and receive).<br><br>Source: IEEE 802.11ax-2021 (https://standards.ieee.org/ieee/802.11ax/7180/) |
| inverse multiplexing the stream of multicast messages, thereby converting | The accused product practices inverse multiplexing (e.g., splitting a data stream) the stream of multicast messages (e.g., MU-MIMO PPDUs), thereby converting the stream of multicast messages (e.g., MU-MIMO PPDUs) into multiple parts (e.g., multiple parts corresponding to different Analog & RF chains), each part being transmitted via one of a |

| the stream of multicast messages into multiple parts, each part being transmitted via one of a plurality of communication channels: | plurality of communication channels (e.g., plurality of Analog & RF chains).<br><br>**27.3.5 Transmitter block diagram**<br><br>The generation of each field in an HE PPDU uses many of the following blocks:<br><br>a) pre-FEC PHY padding<br>b) Scrambler<br>c) FEC (BCC or LDPC) encoders<br>d) post-FEC PHY padding<br>e) Stream parser<br>f) Segment parser (for contiguous 160 MHz and noncontiguous 80+80 MHz transmissions)<br>g) BCC interleaver<br>h) Constellation mapper<br>i) DCM tone mapper<br>j) Pilot insertion<br>k) Replication over multiple 20 MHz (for BW > 20 MHz)<br>l) Multiplication by 1st column of $P_{HE-LTF}$<br>m) LDPC tone mapper<br>n) Segment deparser<br>o) Space time block code (STBC) encoder for one spatial stream<br>p) Cyclic shift diversity (CSD) per STS insertion<br>q) Spatial mapper<br>r) Frequency mapping<br>s) Inverse discrete Fourier transform (IDFT)<br>t) Cyclic shift diversity (CSD) per chain insertion<br>u) Guard interval (GI) insertion<br>v) Windowing<br><br>Source: IEEE 802.11ax-2021 (https://standards.ieee.org/ieee/802.11ax/7180/)<br><br>Shown below are all transmitter configurations for PPDU transmissions in a 802.11ax transmitter. As can be seen, inverse multiplexing of data streams is an essential aspect of the transmission procedure. |



Figure 27-13—Transmitter block diagram for L-SIG, RL-SIG, and HE-SIG-A fields for an HE SU PPDU and HE ER SU PPDU if Beam Change subfield is 1

Source: IEEE 802.11ax-2021 (https://standards.ieee.org/ieee/802.11ax/7180/)



**Figure 27-14—Transmitter block diagram for L-SIG, RL-SIG, and HE-SIG-A fields for an HE SU PPDU and HE ER SU PPDU if Beam Change subfield is 0**

Source: IEEE 802.11ax-2021 (https://standards.ieee.org/ieee/802.11ax/7180/)



**Figure 27-16—Transmitter block diagram for HE-SIG-B field**

Source: IEEE 802.11ax-2021 (https://standards.ieee.org/ieee/802.11ax/7180/)



**Figure 27-17—Transmitter block diagram for UL transmission or DL non-MU-MIMO transmission of a Data field with BCC encoding on a 26-, 52-, 106-, or 242-tone RU**

Source: IEEE 802.11ax-2021 (https://standards.ieee.org/ieee/802.11ax/7180/)



**Figure 27-18—Transmitter block diagram for UL transmission or DL non-MU-MIMO transmission of a Data field with LDPC encoding on a 26-, 52-, 106-, 242-, 484-, or 996-tone RU**

Source: IEEE 802.11ax-2021 (https://standards.ieee.org/ieee/802.11ax/7180/)



**Figure 27-19—Transmitter block diagram for DL MU-MIMO transmission of a Data field with BCC encoding on a 106- or 242-tone RU**

Source: IEEE 802.11ax-2021 (https://standards.ieee.org/ieee/802.11ax/7180/)



**Figure 27-20—Transmitter block diagram for DL MU-MIMO transmission of a Data field with LDPC encoding on a 106-, 242-, 484-, or 996-tone RU**

Source: IEEE 802.11ax-2021 (https://standards.ieee.org/ieee/802.11ax/7180/)



**Figure 27-21—Transmitter block diagram for the Data field of an HE SU PPDU in 160 MHz with LDPC encoding**

Source: IEEE 802.11ax-2021 (https://standards.ieee.org/ieee/802.11ax/7180/)



**Figure 27-22—Transmitter block diagram for the Data field of an HE SU PPDU in 80+80 MHz with LDPC encoding**

Source: IEEE 802.11ax-2021 (https://standards.ieee.org/ieee/802.11ax/7180/)

| | |
|---|---|
| inverse demultiplexing the multiple parts of the | The system formed by the accused product practices inverse demultiplexing (e.g., spatial de-mapping) the multiple parts (e.g., data streams corresponding to MU-MIMO PPDUs) of the multicast messages (e.g., MU-MIMO PPDUs) of the inversely multiplexed stream with an |

| multicast messages of the inversely multiplexed stream with an inverse demultiplexer for the multicast subscriber device; and | inverse demultiplexer for the multicast subscriber device.<br><br>As shown below, a 802.11ax receiver (e.g., a 802.11ax complaint user device) after receiving data streams over multiple antennas combine them and performs complimentary functions (e.g., spatial de-mapping, DFT operation, etc) performed at the transmitter side.<br><br>As shown below, the data is sent from a 802.11ax transmitter across a plurality of channels. The data can be a file, image, audio, video, etc., which must be reconstructed by a 802.11ax complaint user device using inverse-demultiplexing (e.g., combining the plurality of MIMO data streams). This is part of the data transmission and reception between the accused product and user devices. |



Figure 27-13—Transmitter block diagram for L-SIG, RL-SIG, and HE-SIG-A fields for an HE SU PPDU and HE ER SU PPDU if Beam Change subfield is 1

Source: IEEE 802.11ax-2021 (https://standards.ieee.org/ieee/802.11ax/7180/)



Figure 27-14—Transmitter block diagram for L-SIG, RL-SIG, and HE-SIG-A fields for an HE SU PPDU and HE ER SU PPDU if Beam Change subfield is 0

Source: IEEE 802.11ax-2021 (https://standards.ieee.org/ieee/802.11ax/7180/)

| forwarding, by a plurality of forwarding devices coupled to respective ones of the plurality of communication channels, respective ones of the multiple parts of the inversely multiplexed stream | The accused product practices forwarding, by a plurality of forwarding devices (e.g., TX antennas) coupled to respective ones of the plurality of communication channels (e.g., Analog & RF chains), respective ones of the multiple parts (e.g., data stream corresponding to different Analog & RF chains) of the inversely multiplexed stream from the plurality of communication channels to a further inverse demultiplexer (e.g., spatial de-mapper) of the further multicast subscriber device (e.g., another user). |
| | |
| | As shown below, antennas are coupled to corresponding Analog and RF chains for the purpose of forwarding of data to multiple users. 802.11ax compliant user equipment perform DFT (reverse process of IDFT performed at the transmitter) operation and spatial de-mapping of the data received across multiple antennas. This is a complimentary process performed by different blocks at transmitter side as shown below. |

| | |
|---|---|
| from the plurality of communication channels to a further inverse demultiplexer of the further multicast subscriber device. | <br><br>https://www.humax-networks.com/_files/board/20250124/013bcd68fd66ca1b137e50758ddab0cc.pdf |



Figure 27-13—Transmitter block diagram for L-SIG, RL-SIG, and HE-SIG-A fields for an HE SU PPDU and HE ER SU PPDU if Beam Change subfield is 1

Source: IEEE 802.11ax-2021 (https://standards.ieee.org/ieee/802.11ax/7180/)



https://www.humax-networks.com/_files/board/
20250124/013bcd68fd66ca1b137e50758ddab0cc.pdf



https://www.humax-networks.com/_files/board/20250124/013bcd68fd66ca1b137e50758ddab0cc.pdf